UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA HALOUSEK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-00839-DC-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. Nos. 24, 28) |

　　　　Plaintiff Sheila Halousek proceeds *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 4, 2025, the assigned magistrate judge issued findings and recommendations recommending that Defendant California Public Employees' Retirement System's ("CalPERS") motion to dismiss Plaintiff's first amended complaint ("FAC") be granted. (Doc. No. 28.) Specifically, the magistrate judge recommended Plaintiff's FAC be dismissed in its entirety because (1) there is no private right of action to bring a claim pursuant to 18 U.S.C. § 242, which is a criminal statute, (2) Plaintiff's 18 U.S.C. § 1983 claim against Defendant State of California Department of Justice Office of the Attorney General ("State of California") fails to meet Federal Rule of Civil Procedure 8 pleading standards, (3) Plaintiff's 18 U.S.C. § 1983 claims against both

1

1  Defendants CalPERS and State of California are barred by Eleventh Amendment immunity, and
2  (4) punitive damages for violations of 18 U.S.C. § 1983 are not available against government
3  entities.[1] (*Id.* at 5–8.) Further, the magistrate judge recommended Plaintiff's FAC be dismissed
4  without leave to amend because amendment would be futile. (*Id*. at 8.) Those findings and
5  recommendations were served on Plaintiff and contained notice that any objections thereto were
6  to be filed within fourteen (14) days from the date of service. (*Id.* at 9.)

7       On February 18, 2025, Plaintiff filed objections to the pending findings and
8  recommendations. (Doc. No. 29.) In her objections, Plaintiff does not meaningfully address the
9  magistrate judge's findings and recommendations. Plaintiff cites to a number of cases, but none
10 refute the magistrate judge's findings that Plaintiff cannot bring a cause of action under 18 U.S.C.
11 § 242 and Plaintiff's 18 U.S.C. § 1983 claims against Defendants are barred by Eleventh
12 Amendment immunity. For these reasons, Plaintiff's objections do not provide any basis upon
13 which to reject the findings and recommendations.

14      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
15 *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's
16 objections, the court concludes that the findings and recommendations are supported by the
17 record and by proper analysis.

18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////

---

[1] The court did not order service on Defendant State of California because Plaintiff's initial complaint did not raise any factual allegations against Defendant State of California. (Doc. No. 3 at 2 n.2.) Defendant State of California has not made an appearance in this case. (*Id.*) Accordingly, the magistrate judge recommended dismissing the 18 U.S.C. § 1983 claim against Defendant State of California *sua sponte*. (Doc. No. 28 at 6.)

Accordingly:

1. The findings and recommendations issued on February 4, 2025 (Doc. No. 28) are ADOPTED in full;
2. Defendant CalPERS's motion to dismiss (Doc. No. 24) is GRANTED;
3. Defendant CalPERS's motion to strike (Doc. No. 24) is DENIED as moot;
4. Plaintiff's complaint is dismissed without leave to amend; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**June 3, 2025**__

Dena Coggins
United States District Judge